**Order entered October 9, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00457-CV

## IN THE INTEREST OF R.G.A.C.L.G., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-17201**

## ORDER

Before the Court is appellant's second motion to extend time to file his brief.

We **GRANT** the motion and **ORDER** the brief received October 7, 2020 filed as

of the date of this order.

/s/     KEN MOLBERG
         JUSTICE